# CARDILLO & CORBETT

**ROBERT V. CORBETT**
**CHRISTOPHIL B. COSTAS**
**TULIO R. PRIETO**
**JAMES P. RAU**

29 BROADWAY
NEW YORK, NY 10006
**(212) 344-0464**

FAX: (212) 797-1212/509-0961
E-MAIL: CC@CARDILLOCORBETT.COM

FRANCIS H. McNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

October 28, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

**VIA Fax 212-805-7906**

Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  Steven, Stephan & Tonny International
International Trading Pty. Ltd. v.
Tongli Shipping Co. Ltd.,
09 Civ. 1945 (DC)
Our file: E-678

Honorable Sir:

        We are the attorneys for the plaintiff in the
captioned action.  The captioned case was filed under seal on
February 27, 2009. The Court signed an Order for Process of
Maritime Attachment dated  March 5, 2009.  No funds have been
attached.  The defendant has never appeared.

        We would like to dismiss the action without prejudice
and to that end attach hereto a Notice of Voluntary Dismissal.
It is required that the Court unseal the record for the Notice to
be filed.  We respectfully request the Court, therefore, to
unseal the record and file the attached Notice.

        Thank you for your consideration of this matter.

*Request granted.*
*This case is UNSEALED.*
*SO ORDERED.*

10/30/09

Honorable Denny Chin                    2                    October 28, 2009
United States District Judge

                                   Very truly yours,

                                   CARDILLO & CORBETT

                                   By: _____
                                       Tulio R. Prieto

TRP/lf